IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHERYL BROWN,

        Plaintiff,

                                  Case No. 2:13-cv-607
   v.                            Judge Frost
                                Magistrate Judge King

DALE CRAWFORD, *et al.*,

        Defendants.

REPORT AND RECOMMENDATION

    A *Complaint* was filed in the name of Sheryl Brown against Selina Miller and Dale Crawford, a former state court judge. Doc. No. 1. The $400.00 filing fee was not paid, nor was an application for leave to proceed *in forma pauperis* filed.  A hearing to determine if the case should be allowed to proceed was scheduled for July 2, 2013, at 3:30 p.m. *Order*, Doc. No. 2.  Notice of the hearing was provided to the plaintiff named in the *Complaint* at the address provided in the *Complaint*.

    Sheryl Brown appeared at the hearing. She confirmed that the address reflected in the *Complaint* is her address.  She does not know the defendant state court judge, but was acquainted with Selina Miller in the remote past.  She expressly denied that she either filed the *Complaint* or authorized the filing of the *Complaint*.  The signature on the *Complaint* is not her signature.  She does not want to pursue any claims in this action.

    Under these circumstances, it is **RECOMMENDED** that this action be dismissed.

1

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* See *Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                                 s/  Norah McCann King___
                                                       Norah McCann King
                                         United States Magistrate Judge

July 2, 2013