IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHERYL BROWN,

    Plaintiff,                                              Case No. 2:13-cv-0607
                                                          Judge Gregory L. Frost
v.                                                         Magistrate Judge King

DALE CRAWFORD, et al.,

    Defendants.

**ORDER**

Plaintiff Sheryl Brown is the named Plaintiff in this action filed against Defendants Dale Crawford (a former state court judge), Kimberly Stanley, and Selina Miller.  This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation filed on July 2, 2013.  (ECF No. 4.)  The Magistrate Judge recommended that this action be dismissed in light of Brown's representation at a hearing before the Magistrate Judge that Brown did not, in fact, file the Complaint in this action and that she does not want to pursue any claims in this action.  (*Id.* at PageID# 6.)

The Report and Recommendation specifically advises that the failure to object to the Report and Recommendation within fourteen days of the date of the Report results in a waiver of the right to de novo review by the District Judge and waiver of the right to appeal the judgment of the District Court.  (*Id.* at PageID# 7.)  The time period for filing objections to the Report and Recommendation has expired.  Plaintiff Brown has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DISMISSES** Plaintiff's Complaint.

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**